```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                  HOT SPRINGS DIVISION
```

ROBERT TOSCH, on behalf of himself
and all others similarly situated                      PLAINTIFFS

v.                            Case No. 07-6009

UNUM LIFE INSURANCE
COMPANY OF AMERICA and
UNUMPROVIDENT CORPORATION                              DEFENDANTS

## ORDER

    Currently before the Court is Plaintiffs' Motion to Dismiss Class Allegations (Doc. 17).  The named Plaintiff, Robert Tosch, has reached a settlement with Defendants regarding his individual claims and moves to dismiss the class allegations, without prejudice, with each party to bear its own fees and costs. Defendants advised the Court they have no objection.

    It appearing to the Court that the individual claims filed by Tosch have been settled, it is ordered that those claims be DISMISSED WITH PREJUDICE, subject to the terms of the settlement agreement.  If any party desires to make the terms of settlement a part of the record herein, those terms should be reduced to writing and filed with the Court within thirty (30) days from the date of this Order.

    The Court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this court to specifically enforce the settlement agreement.

**AO72A**
**(Rev. 8/82)**

It is further ordered that Plaintiffs' Motion to Dismiss Class Allegations is GRANTED, and these claims are DISMISSED WITHOUT PREJUDICE AS MOOT, each party to bear its own fees and costs. *See Potter v. Norwest Mortgage, Inc.*, 329 F.3d 608 (8th Cir. 2003)(federal court should dismiss action as moot when named plaintiff settles individual claim and court has not certified a class).

IT IS SO ORDERED this 5th day of June 2007.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge